Order Form (01/2005)

**19CR 623**

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE GETTLEMAN / MAGISTRATE JUDGE ROWLAND | Sitting Judge if Other than Assigned Judge | Jeffrey Gilbert |
|---|---|---|---|
| **CASE NUMBER** | 16GJ 663 | **DATE** | 01 * AUGUST * 2019 |
| **CASE TITLE** | U.S. v. THOMAS E. CULLERTON | | |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for ___SPECIAL DECEMBER 2017___ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _[signature: Jeffrey T. Gilbert]_

TO SET PRELIMINARY BAIL AT $10,000.00 AND THAT THE DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

**FILED**

AUG 1 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                            UNDER SEAL)

Courtroom Deputy Initials: