# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                Case No.: 1:19−cr−00623
                                                          Honorable Robert W. Gettleman

Thomas E Cullerton

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, October 13, 2021:

      MINUTE entry before the Honorable Robert W. Gettleman as to Thomas E Cullerton: At defense counsel's request and by agreement, telephonic status hearing set for 10/26/2021 is stricken and reset to 11/1/2021 at 9:45 a.m. The call−in number is (888) 684−8852 and the access code is 1503395. Mailed notice (cn).


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.