# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                               Case No.: 1:19−cr−00623

                                                         Honorable Robert W. Gettleman

Thomas E Cullerton

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 1, 2021:

      MINUTE entry before the Honorable Robert W. Gettleman as to Thomas E Cullerton: Telephonic hearing held on 11/1/2021. Defendant did not appear on the telephonic hearing and his presence was waived. The court sets the following schedule on Defendant Cullerton's pretrial motions [69]: government's response due 11/15/2021; defendant's reply due 11/29/2021. Telephonic hearing set for 12/13/2021 at 10:00 a.m. The call−in number is (888) 684−8852 and the access code is 1503395. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.