# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                         Case No.: 1:19−cr−00623

                                                          Honorable Robert W. Gettleman

Thomas E Cullerton

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 23, 2022:

      MINUTE entry before the Honorable Robert W. Gettleman as to Thomas E Cullerton: Telephonic pretrial hearing held on 2/23/2022. Defendant did not appear and his presence was waived. Defense counsel reported that this case will not go to trial. Telephonic change of plea hearing set for 3/8/2022 at 9:00 a.m. The call−in number is (888) 684−8852 and the access code is 1503395. The parties are directed to email the courtroom deputy a copy of the plea agreement by 3/1/2022. *Voir dire* and jury trial set for 4/18/2022, 4/19/2022, 4/20/2022, 4/21/2022, 4/25/2022, 4/26/2022, 4/27/2022, 4/28/2022, 5/2/2022, 5/3/2022, and 5/4/2022 are stricken. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.