**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS E. CULLERTON | No. 19 CR 623<br>Hon. Robert W. Gettleman |

### ORDER

Upon the Defendant's unopposed motion, it is hereby ORDERED that, pursuant to 28 U.S.C. §2041, the Clerk of the Court shall accept from the defendant or his designated representative payment of the criminal financial obligations and maintain such payment on deposit in the Court's registry until the time of entry of the judgment on the docket in this case; and it is further

ORDERED that, pursuant to 28 U.S.C. §2042, upon entry of a criminal judgment in this case, the Clerk of Court shall withdraw and apply the deposited funds, together with any interest that has accrued, and after deduction for any required registry fees, to the criminal financial obligations imposed against the defendant.

Date: March 7, 2022

Robert W. Gettleman
United States District Judge